|   | The Honorable Ronald B. Leighton |
|---|---|

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR20-05066RBL |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| BOBBY JO FULLER, | |
| Defendant. | |

Having considered the record and the government's March 24, 2020, motion, and General Order 02-20 for the Western District of Washington, the Court FINDS that trial in this case cannot proceed on the currently scheduled date of April 6, 2020. For the reasons detailed in the government's motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the government's motion to continue the trial date and other dates is GRANTED.

The trial date of April 6, 2020, is hereby VACATED.

A status hearing is SCHEDULED for June 19, 2020, at 9:30. At that status hearing, the Court will set a new trial date.

IT IS FURTHER ORDERED that the time between the date of the filing of the government's motion and June 1, 2020, is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 25th day of March, 2020.

Ronald B. Leighton
United States District Judge